# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER A. POWELL, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PNC BANK, *et al.*, *Defendants* | : : | No. 18-3596 |

## ORDER

**AND NOW**, this 11th day of September, 2019, upon consideration of Defendants' Motion to Dismiss (Doc. No. 11) and Plaintiff's Response thereto (Doc. No. 16), it is **ORDERED** that, as set forth in the Court's September 11, 2019 Memorandum, the Motion to Dismiss (Doc. No. 11) is **GRANTED**. Mr. Powell's complaint is dismissed without prejudice to the right of the bankruptcy trustee to pursue such a claim as a party-plaintiff, or the right of Mr. Powell to re-file a complaint in the event that his claims are abandoned by the bankruptcy trustee. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE